# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

––––––––––––––––––––––

## No. 201600311

––––––––––––––––––––––

## UNITED STATES OF AMERICA
Appellee

v.

## DALLAS L. TIBBETTS
Hospital Corpsman Apprentice (E-2), U.S. Navy
Appellant

––––––––––––––––––––––

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, Naval Air Station,
Lemoore, CA.
Staff Judge Advocate's Recommendation: Lieutenant Commander
Matthew S. Bailey, JAGC, USN.
For Appellant: Captain James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

––––––––––––––––––––––

Decided 14 February 2017

––––––––––––––––––––––

Before MARKS, FULTON, and PETTIT, *Appellate Military Judges*

––––––––––––––––––––––

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court